IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:13CR61 HSO-JMR

XAVIER TERRAZAS  21 U.S.C. § 846

**The Grand Jury charges:**

That from at least September 2012 through the date of this indictment, in Harrison County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **XAVIER TERRAZAS**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally conspire to possess with intent to distribute 50 grams or more of actual methamphetamine, a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code and Section 2, Title 18, United States Code.

All in violation of Section 846, Title 21, United States Code.

NOTICE OF FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant, **XAVIER TERRAZAS** shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially

diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, pursuant to Section 853(p), Title 21, United States Code, to seek a judgment of forfeiture of any other property of said defendant, up to the value of the property described in this indictment or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/signature redacted

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 23rd day of JULY, 2013.

UNITED STATES MAGISTRATE JUDGE